IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02280-WYD

RANDLE S. CRABILL,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

## ORDER

---

THIS MATTER is before the Court upon consideration of the Stipulation for Equal Access to Justice Act Attorney's Fees filed on June 20, 2013.  The Stipulation states that the parties, through counsel, have agreed to an award of attorney fees to Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $4,000.00. After a careful review of the file and the Stipulation, it is

ORDERED that the Stipulation for Equal Access to Justice Act Attorney's Fees (ECF No. 24) is **APPROVED**.  In accordance therewith, it is

ORDERED that Plaintiff is awarded attorney's fees in the total amount of $4,000.00 under the Equal Access to Justice Act.   Payment shall be made to Plaintiff directly, care of his attorney, at:

     Michael W. Seckar, Esquire
     402 W. 12th Street
     Pueblo, CO  81003

Dated:  June 20, 2013.

BY THE COURT:


s/ Wiley Y. Daniel_____
Wiley Y. Daniel,
Senior United States District Judge